**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-00569 JAK (VBKx) | Date | February 8, 2012 |
|---|---|---|---|
| Title | Wells Fargo Bank, N.A. v. Madrid, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CASE TO THE LOS ANGELES SUPERIOR COURT, SOUTH CENTRAL DISTRICT    JS-6**

The Court has received Plaintiff's "Ex Parte Application for an Order Shortening Time For Hearing on Motion for Remand. Dkt. 7 (filed, Feb. 7, 2012). The Application arises from the January 20, 2012, removal of this action from the Los Angeles County Superior Court. Dkt-1. The action removed arises from a complaint filed in that court, which has been assigned the following case number by that court: 11U12140. Dkt. 1, Ex. A. This is the second time that Defendant, Yvette Madrid, has removed this state court action. Thus, on October 25, 2011, Madrid removed the same action, based on the same complaint. See Case No. CV11-08818, Dkt.1, Ex. A. On December 19, 2011, Plaintiff, Wells Fargo Bank, NA ("Wells Fargo") brought a motion to remand in the CV11-08818 matter. On December 22, 2011, the Court set that motion for hearing on January 9, 2012. CV11-08818, Dkt. 10. Although Madrid had filed a written opposition to Wells Fargo's request to set an early hearing date on its motion, she neither opposed the motion, nor appeared at the January 9, 2012 hearing. At that hearing, the Court ruled that the matter would be remanded. The reasons for that Order are set forth in the Court's Minute Order. CV11-08818, Dkt. 14. They include: Madrid did not oppose the motion, and that there is neither federal question nor diversity jurisdiction in this matter. On January 11, 2012, the Court remanded the matter to the Los Angeles County Superior Court. Under these circumstances, the January 20, 2012 removal was improper and is void. It ignored this Court's January 9 and 11, 2012 Orders. Accordingly, by this Order, the Court directs that the CV12- 00569 action shall be deemed remanded and remanded to the Los Angeles County Superior Court, South Central District (Case No. 11U12140).

In connection with any further federal proceedings, Madrid shall comply with her obligations under Civil Rule 11.

Plaintiff's ex parte application to shorten time for a hearing on the motion for remand is moot (Dkt. 6, 7).

**IT SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |